UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/2020

XHEJNI SHKRETA,

           Plaintiff,

v.

COLONNADE MANAGEMENT CORPORATION, COLUMBUS PROPERTIES, INC., AND JOHN DIMURRO,

           Defendants.

No. 20-CV-6134 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 8, 2020, the Court directed the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Fox, and to inform the Court within two weeks as to whether they are willing. *See* Dkt. 15. The parties have not done so. No later than January 8, 2021, the parties shall advise the Court whether or not they so consent, but without disclosing the identity of the party or parties who do not consent. No adverse consequences will result from the withholding of that consent. If the parties do not consent to conducting all further proceedings before Judge Fox, the case will be referred by separate order only for general pretrial management.

SO ORDERED.

Dated:    December 30, 2020
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge