UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
XHEJNI SHKRETA,                                              :

                Plaintiff,                       :

     - against -                                            :          ORDER

COLONNADE MANAGEMENT CORPORATION,   :          20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                                          :

                Defendants.                  :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held on January 21, 2021, with counsel to the respective parties. Based on the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before July21, 2021;

2. the last date on which to amend pleadings will be March 1, 2021;

3. the last date on which to join additional parties will be March 1, 2021;

4. a telephonic status conference will be held with the parties on June 22, 2021, at 10:00 a.m.  The parties shall use dial in number (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be filed on or before August 23, 2021;

6. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

7. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before August 23, 2021.  That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge; and

8. should the parties determine that a settlement conference would be of utility, they must advise the Court in a joint writing and propose three dates on which all parties are available to participate in the conference.

Dated: New York, New York
January 21, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

## INITIAL CONFERENCE QUESTIONNAIRE

9. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

10. Number of depositions by plaintiff(s) of:     parties _____     non-parties _____

11. Number of depositions by defendant(s) of:     parties _____     non-parties _____

12. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____     non-party _____

13. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
    Date for expert report(s): _____

14. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
    Date for expert report(s): _____

15. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
    (Note: requests must be served at least 30 days before the discovery deadline)

16. Date for completion of all discovery: _____
    **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

17. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

18. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

19. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

20. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                               Date:

_____          _____
Signature of *Pro Se* Plaintiff or                  Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)