UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
XHEJNI SHKRETA,                                              :

               Plaintiff,                          :

          - against -                                  :                    ORDER

COLONNADE MANAGEMENT CORPORATION,     :              20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                                       :

              Defendants.                      :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


IT IS HEREBY ORDERED that a telephone conference shall be held in the above- captioned

action on February 17, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and,

thereafter, enter access code 4862532.


Dated:  New York, New York                      SO ORDERED:
        February 16, 2021

                                              Kevin Gathaniel Fox
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE