UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
XHEJNI SHKRETA,                                         :

                Plaintiff,                  :

       - against -                                      :              ORDER

COLONNADE MANAGEMENT CORPORATION,  :              20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                                 :

                Defendants.              :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties failed to participate in the telephone conference in the above-captioned action scheduled for February 17, 2021, at 2:00 p.m. Accordingly, the telephone conference is rescheduled to March 9, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York           SO ORDERED:
         February 17, 2021

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE