UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XHENJNI SHKRETA,

        Plaintiff,

  -against-

COLONNADE MANAGEMENT
CORPORATION, COLUMBUS
PROPERTIES, INC., and JOHN DIMURRO,

        Defendants.

------------------------------------------------------------x

INDEX NO.:  20-cv-6134 (RA)

**STIPULATION OF PARTIAL
VOLUNTARY DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), undersigned counsel for the parties to this action hereby stipulate and agree to the voluntary dismissal of Plaintiff's Fourth Claim for Relief, which alleges retaliation and interference in violation of the Family Medical Leave Act, 29 U.S.C. § 6501, *et seq.*, with prejudice and without costs to any party.

Dated:  New York, New York
       May 5, 2021

                        Respectfully submitted,

| JOSEPH & KIRSCHENBAUM LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| _/s/_ | _/s/_ |
| D. Maimon Kirschenbaum | Scott Wenner |
| Lucas Buzzard | 140 Broadway, Suite 3100 |
| 32 Broadway, Suite 601 | New York, New York 10005 |
| New York, New York 10004 | Telephone: (212) 973-8000 |
| Tel: (212) 688-5640 | swenner@schnader.com |
| maimon@jk-llp.com | |
| lucas@jk-llp.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

                                      SO ORDERED.

                                      _/s/_

                                    Hon. Ronnie Abrams
                                    05/07/2021