```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XHEJNI SHKRETA,                                      :

                        Plaintiff,                   :

        - against -                                  :        ORDER

COLONNADE MANAGEMENT CORPORATION,                    :        20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                             :

                        Defendants.                  :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above- captioned action on June 15, 2021, at 10:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York             SO ORDERED:
        June 10, 2021

                                       _____
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE