UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
XHEJNI SHKRETA,                                          :

                Plaintiff,                   :

         - against -                           :                      ORDER

COLONNADE MANAGEMENT CORPORATION,        :              20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                                 :

              Defendants.                  :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


        Counsel to the plaintiff failed to participate in the telephonic status conference scheduled

for June 22, 2021; therefore, the conference could not go forward.  The conference is hereby

rescheduled to June 30, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and,

thereafter, enter access code 4862532.  The parties are reminded that failing to comply with a court

order may result in sanctions, including dismissal of an action.

Dated:  New York, New York                     SO ORDERED:
        June 23, 2021

                                             *Kevin Nathaniel Fox*
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE