UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
XHEJNI SHKRETA,                                              :

                Plaintiff,                :

       - against -                                    :                    ORDER

COLONNADE MANAGEMENT CORPORATION,     :                    20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                                    :

              Defendants.               :
----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on June 30, 2021.  As a result of the

discussion had during the conference, IT IS HEREBY ORDERED that the parties submit their joint

pretrial order to the court within thirty (30) days of the date on which the outstanding motion for partial

summary judgment is resolved.

Dated:  New York, New York                            SO ORDERED:
       July 1, 2021

                                                     Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE