UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
XHEJNI SHKRETA,                                    :

               Plaintiff,            :

    - against -                                       :             ORDER

COLONNADE MANAGEMENT CORPORATION,                  :             20-CV-6134 (RA)(KNF)
COLUMBUS PROPERTIES, INC., and JOHN
DIMURRO,                                           :

               Defendants.           :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on September 22, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York             SO ORDERED:
         September 20, 2021

                                             _____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE