

April 21, 2022

Scott J. Wenner
Direct Dial 212-973-8115
Direct Fax 212-972-8798
E-Mail: swenner@schnader.com

Hon. Ronnie Abrams
United States District Judge
United States District Court for the
   Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

         RE:    Shkreta v. Colonnade Management Corporation, et al.
                 Case No. 20-cv-6124

Dear Judge Abrams:

      We represent Defendants Colonnade Management Corporation, Columbus Properties, Inc. and John DiMurro in the matter referenced above. Having obtained the consent of Lucas Buzzard, counsel for Plaintiff Shkreta in this action, I write to request a brief extension of time, from April 25 to April 29, within which to file the Defendants' opposition to Plaintiff's motion for partial summary judgment (ECF No. 62) filed on March 21, 2022.

      By order entered on February 16, 2022 (ECF No. 611), this Court granted Plaintiff's request for an extension of time to move for partial summary judgment and approved the briefing schedule proposed by the parties. Under that schedule, Defendants' opposition to Plaintiff's pending motion is due on April 25, 2022. However, due to both unavoidable client availability and medical issues that have unexpectedly delayed the preparation of our opposition papers, it is necessary to for us request a four-day extension of that deadline, to April 29, 2022. Naturally, if the Court grants Defendants their requested extension of time, we consent in advance to an extension of the May 9 reply deadline to May 13, 2022.

      We thank the Court for its attention to this request and apologize for any inconvenience it may cause.

                                                Respectfully submitted,

Application granted.

SO ORDERED.

                                           s/*Scott J. Wenner*_____
_____                                    Scott J. Wenner
Hon. Ronnie Abrams                         For SCHNADER HARRISON SEGAL & LEWIS LLP
04/22/22

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE

PHDATA 8136823_1