JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

May 10, 2022

Hon. Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

       *Re:* *Shkreta v. Colonnade Management Corp., et al.*
          Index No.: 20-cv-6134

Dear Judge Abrams:

  We represent Plaintiff Xhejni Shkreta in the above referenced matter. We write with the consent of Defendants to respectfully request a one-week extension of time to file Plaintiff's reply in support of her partial motion for summary judgment.

  Plaintiff's reply is currently due on May 13, 2022. *See* ECF Dkt No. 68. Plaintiff respectfully requests that this deadline be extended by one week, to May 20, 2022. This request is necessitated by the undersigned's childcare responsibilities for the remainder of this week caused by the shutdown of my son's daycare on May 9, 2022 due to several positive Covid-19 cases in the class. This is Plaintiff's first request to extend the deadline for filing her reply.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            *s/Lucas C. Buzzard*

            Lucas C. Buzzard, Esq.
            JOSEPH & KIRSCHENBAUM, LLP
            32 Broadway, Suite 601
            New York, New York 10004
            Tel.: 212-688-5640

            *Attorneys for Plaintiff*