UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

XHEJNI SHKRETA,

               Plaintiff,

          -v-

COLONNADE MANAGEMENT
CORPORATION, COLUMBUS
PROPERTIES, INC., and JOHN DIMURRO,

              Defendants.

No. 20-CV-6134 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Plaintiff's motion for partial summary judgment. For reasons that will follow, the motion is denied, because material disputes of fact remain as to whether Plaintiff qualifies for the exemption for professional employees under the Fair Labor Standards Act.

      No later than March 20, 2023, the parties shall submit a joint letter with their availability for a conference to discuss next steps in this action, as well as dates when they are available to proceed to trial. The Clerk of Court is respectfully directed to terminate the motions pending at Docket No. 62.

SO ORDERED.

Dated:     March 15, 2023
          New York, New York

_____
Ronnie Abrams
United States District Judge