| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** |

XHEJNI SHKRETA,

                    Plaintiff,

      -v-                              No. 20-CV-6134 (RA)

COLONNADE MANAGEMENT                 ORDER
CORPORATION, COLUMBUS
PROPERTIES, INC., and JOHN DIMURRO,

                    Defendants.

RONNIE ABRAMS, United States District Judge:

      As discussed at the telephone conference held today, no later than April 30, 2023, the parties shall file a joint letter updating the Court on the status of this case and proposing potential trial dates that work for both parties. The letter should also indicate how long the parties expect the trial to last.

SO ORDERED.

Dated:     March 30, 2023
              New York, New York

                                                          _____
                                                           Ronnie Abrams
                                                           United States District Judge