USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XHEJNI SHKRETA,

                    Plaintiff,

      -v-                                  No. 20-CV-6134 (RA)

COLONNADE MANAGEMENT                       ORDER
CORPORATION, COLUMBUS
PROPERTIES, INC., and JOHN DIMURRO,

                  Defendants.

---

RONNIE ABRAMS, United States District Judge:

      As the parties are aware, the Court denied summary judgment in this action on March 15, 2023, and trial is scheduled to begin on December 11, 2023. A final pre-trial conference is also scheduled for December 7, 2023. No later than November 14, 2023, the parties shall submit their pretrial materials in accordance with Rule 6 of the Court's Individual Rules and Practices in Civil Cases, including but not limited to a joint pretrial order, a pretrial memorandum of law, motions *in limine*, and joint proposed voir dire questions, a verdict form, and jury instructions. Any opposition or response to such materials shall be submitted by November 21, 2023.

SO ORDERED.

Dated:    September 27, 2023
           New York, New York

                                                             Ronnie Abrams
                                                             United States District Judge