**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

November 9, 2023

Hon. Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

      *Re: Shkreta v. Colonnade Management Corp., et al.*
        *Index No.: 20-cv-6134*

Dear Judge Abrams:

  We represent Plaintiff Xhejni Shkreta in the above referenced matter. We write to respectfully request on behalf of Defendants an adjournment of the December 11, 2023 trial in this matter and the associated deadlines for submission of pretrial materials (November 14) and the final pretrial conference (December 7). This is the first request for an adjournment of the trial and these deadlines.

  The reason for the requested adjournment is that the undersigned recently learned that counsel of record for Defendants, Scott Wenner, very sadly and unexpectedly passed away. Complicating the matter is that Mr. Wenner's former firm, Schnader, Harrison, Segal & Lewis LLP, is in the process of dissolving. I have been in communication with Richard Barkasy, of the firm Whiteford, Taylor, and Preston LLP, who is a former colleague of Mr. Wenner's and whose firm recently has been retained by Defendants in this matter. Mr. Barkasy, who is not admitted to this Court, is in the process of preparing his pro hac vice admission materials and obtaining the case file with all of the materials needed for pretrial submissions from his former firm, Schnader, Harrison, Segal & Lewis LLP. Given his firm's recent retention, and the impending deadlines for submission of pretrial materials, Mr. Barkasy has requested the above adjournment of trial.

  Plaintiff takes no position as to the adjournment request for the sole reason that she is scheduled to move out of state in early January 2024, a move she has been delaying pending the December 11 trial in this matter and which will require her to fly back to New York for any rescheduled trial. Plaintiff respectfully requests that, if the adjournment request is granted, the Court refer this matter to the assigned magistrate judge for a settlement conference in the interim. Defendants do not object to this request.

  The parties are in the process of conferring as to their availability for trial dates in the early part of 2024 should the Court grant this adjournment request and will submit a subsequent letter with their availability no later than November 13, 2023.

  We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Lucas C. Buzzard*

Lucas C. Buzzard, Esq.
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, New York 10004
Tel.: 212-688-5640

*Attorneys for Plaintiff*

Application granted. The scheduled trial and pre-trial submissions are hereby ADJOURNED. The parties shall jointly file a status letter updating the Court with their dates of availability for trial by November 13, 2023. Additionally, it is hereby ORDERED that this case is referred to Magistrate Judge Willis for the purpose of a settlement conference.

SO ORDERED.

Hon. Ronnie Abrams
November 9, 2023