UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XHEJNHI SHKRETA,<br><br>                    Plaintiff,<br><br>               v.<br><br>COLONNADE MANAGEMENT CORPORATION, COLUMBUS PROPERTIES, INC., AND JOHN DIMURRO,<br><br>                    Defendant. | No. 20-CV-6134 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 9, 2023, the Court ordered the parties to submit a joint letter informing the Court of their dates of availability for trial. To date, no letter has been filed.

The parties shall submit their joint letter no later than November 22, 2023.

SO ORDERED.

Dated:   November 16, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge