UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XHEJNHI SHKRETA,<br><br>       Plaintiff,<br><br>    v.<br><br>COLONNADE MANAGEMENT CORPORATION, COLUMBUS PROPERTIES, INC., AND JOHN DIMURRO,<br><br>       Defendant. | No. 20-CV-6134 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  In light of the parties' availability, trial is scheduled to begin on February 26, 2024. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pretrial submissions, including but not limited to a joint pretrial order, a pretrial memorandum of law, any motions *in limine*, all documentary exhibits, joint proposed voir dire questions, a verdict form, and jury instructions by January 29, 2024. Any opposition or response to such materials shall be filed by February 5, 2024. A final pretrial conference is scheduled for February 22, 2024 at 3:00 p.m.

SO ORDERED.

Dated:  November 22, 2023
     New York, New York

                       Hon. Ronnie Abrams
                       United States District Judge