JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 20, 2024

Hon. Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *Shkreta v. Colonnade Management Corp., et al.*
         Index No.: 20-cv-6134

Dear Judge Abrams:

  We represent Plaintiff Xhejni Shkreta in the above referenced matter. We write jointly with Defendants to respectfully request an adjournment of this Court's deadline for the parties to submit their joint pretrial order and other pretrial submissions from January 29, 2024 to February 6, 2024. *See* ECF Dkt No. 104. This is the parties' first request for an adjournment of this deadline, and the parties' request would not affect the Court's pretrial conference scheduled for February 22 or the trial date of February 26.

  The parties have been working cooperatively to complete the required pretrial submissions. The reason for the parties' request is that counsel for Plaintiff has had a large number of submissions due in other matters over the course of December and January and newly-retained counsel for Defendants have only recently been able to obtain the case file from deceased former counsel's firm, both of which have impacted the parties' ability to complete their pretrial submissions.

  If this adjournment request is granted, the parties propose the following amended pretrial schedule:

- February 6, 2024 – Deadline for submission of pretrial submissions.
- February 13, 2024 – Deadline for submissions of responses/objections.
- February 22, 2024 – Final pretrial conference.
- February 26, 2024 – Trial start date.

  We thank the Court for its attention to this matter.

Application granted. No further extensions for the submission of pretrial materials will be granted.

Respectfully submitted,

SO ORDERED.

*s/Lucas C. Buzzard*

_____
Hon. Ronnie Abrams
January 22, 2024

Lucas C. Buzzard, Esq.
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, New York 10004
Tel.: 212-688-5640

*Attorneys for Plaintiff*