UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XHEJNI SHKRETA, | |
| Plaintiff, | |
| -v- | No. 20-CV-6134 (RA) |
| COLONNADE MANAGEMENT CORPORATION, COLUMBUS PROPERTIES, INC., and JOHN DIMURRO, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

To clarify, the final pretrial conference scheduled for February 23, 2024 at 11:30 a.m. will take place in person in Courtroom 1506, 40 Foley Square, New York, NY. Should either party seek for the conference to be held via videoconference, they should jointly file a letter on the docket, stating each party's preference.

SO ORDERED.

Dated:   February 12, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge